UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
August 10, 2006

CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TAMMY WHITLEY RICH, 1184303,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:06-CV-398-R |
| ) | ECF |
| **NATHANIEL QUARTERMAN, Director, Texas** ) | |
| **Dept. Of Criminal Justice, Correctional** ) | |
| **Institutions Division,** ) | |
| Respondent. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 10th day of August, 2006.

*Jerry Buchmeyer*

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE